**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00195-JB-MU |
| FORREST SANFORD | : |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, Forrest Sanford, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count Three** of the Indictment charging a violation of 18:2423(a), transportation of a minor**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense.  The Court therefore recommends that the plea of guilty be accepted and that Defendant Forrest Sanford be adjudged guilty and have sentence imposed accordingly.

The Defendant is due to be detained upon adjudication after the 14-day objection period. A hearing will be set by separate order to address detention.

**NOTICE TO PARTIES**

**A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  See 11th Cir. R. 3-1.**

DONE and ORDERED this 28th day of January 2026.

                                                 s/P. BRADLEY MURRAY
                                                 UNITED STATES MAGISTRATE JUDGE