# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA        :

vs.                             :   CRIMINAL NO.:  25-00195-JB

FORREST SANFORD                 :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 58) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count Three of the Indictment charging transportation of a minor in violation of 18:2423(a), is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **April 28, 2026, at 9:00 a.m.**

**DONE and ORDERED** this 13th day of February 2026.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE